Loiza Sugar Company, Appellant, v. Baquero & Co., Appellees.

District Court of San Juan, Section 1.

No. 2571.—Decided December 15, 1921.

A motion was made for dismissal of an appeal from an order approving a memorandum of costs because the appellant did not file a statement of the case or move for an extension of time in the court below within ten days. *Held*: That the lack of a statement of the case is no ground for dismissal of an appeal taken in time.—Mr. Justice Del Toro delivered the opinion of the court.

---

Ex parte García, Petitioner.

Decided January 16, 1922.

An applicant who under Joint Resolution No. 28 of 1919 finished his law studies and was admitted to practice by the Supreme Court is not entitled to act as a notary until after two years practice in the insular courts, although he may have begun his studies in 1911. *Ex Parte Esteves,* decided July 24, 1919.—Mr. Justice Del Toro delivered the opinion of the court.